# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY LIVINGSTON, and KOBI LYLES, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> QUALFON DATA SERVICES GROUP, LLC, <br><br> Defendant. | Case No. 2:20-cv-12302-PDB-APP <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |
| ADRIANA McBRIDE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DMI GC HOLDINGS, LLC d/b/a DIALOG DIRECT a QUALFON COMPANY, <br><br> Defendant. | Case No. 2:20-cv-12305-PDB-DRG <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |

# ORDER OF DISMISSAL OF CONSOLIDATED ACTIONS WITH PREJUDICE

On August 27, 2021, the Court entered an Order Granting Joint Motion to Consolidate for Settlement Purposes the action captioned *Adriana McBride v. DMI GC Holdings, LLC d/b/a Dialog Direct*, Case No. 20-cv-12305 (E.D. Mich.) with *Livingston, et al. v. Qualfon Data Services Group, LLC*, Case No. 20-cv-12302 (E.D. Mich.). (ECF No. 29.)

On November 15, 2021, the Court entered in the consolidated action its Order Conditionally Approving Settlement (ECF No. 34). The Court approved the parties' Proposed Settlement Agreement, approved and authorized the distribution of the Settlement Agreement and Claim Form to Collective Members, and ordered Plaintiffs' Counsel to file all returned Claim Forms with the Court at the close of the Notice Period, at which time the Court may dismiss these consolidated actions. (*Id.*)

The parties have now completed filing all Claim Forms with the Court. (ECF Nos. 35-203, 205-74, 276-356.)

Accordingly, IT IS ORDERED that the above-captioned consolidated actions are DISMISSED WITH PREJUDICE in accordance with the terms of

2

the Settlement Agreement, and without attorneys' fees or costs, except as provided in the Settlement Agreement,

IT IS SO ORDERED.

Dated: March 4, 2022                              s/Paul D. Borman
                                                  Paul D. Borman
                                                  United States District Judge