UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY LIVINGSTON, and KOBI LYLES, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-12302-PDB-APP |
| Plaintiffs, | |
| v. | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |
| QUALFON DATA SERVICES GROUP, LLC, | |
| Defendant. | |
| ADRIANA McBRIDE, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-12305-PDB-DRG |
| Plaintiff, | |
| v. | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |
| DMI GC HOLDINGS, LLC d/b/a DIALOG DIRECT a QUALFON COMPANY, | |
| Defendant. | |

# **JUDGMENT**

For the reasons stated in an Order issued this same day, it is ORDERED AND ADJUDGED that these consolidated actions are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 4, 2022                     s/Paul D. Borman
                                         Paul D. Borman
                                         United States District Judge